Case 2:10-cv-06450-WJM   Document 1-2   Filed 12/13/10   Page 1 of 1 PageID: 9

AO 240A

# UNITED STATES DISTRICT COURT

### District of New Jersey

LARRY PALKA,

                Plaintiff

    V.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

Case Number: 10-6450(WJM)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED, and

☒ The clerk is directed to file the complaint,   and

☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

_____

☐ and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this _____15_____ day of ____Dec____ , 2010

_____
Signature of Judicial Officer

_William J Martin, U.S.D.J_
Name and title of Judicial Officer